## A. VEXLER V. MARYLAND CASUALTY COMPANY.

No. 6710.   Decided May 15, 1935.
Rehearing overruled June 19, 1935.
(82 S. W., 2d Series, 610.)

*David Weintraub,* of San Antonio, for plaintiff in error.

*R. M. Mercer,* of San Antonio, for defendant in error.

MR. PRESIDING JUDGE HARVEY delivered the opinion of the Commission of Appeals, Section A.

In the trial court, A. Vexler recovered a judgment against the Maryland Casualty Company on a burglary insurance policy covering a safe. The Court of Civil Appeals correctly reversed the said judgment and rendered judgment for the Casualty Company. 66 S. W. (2d) 1081. The case is controlled by the case of National Surety Company v. Volk Bros. Co., Inc.,

this day decided, 125 Texas, 398, 82 S. W. (2d) 622. The judgment of the Court of Civil Appeals herein is affirmed.

Opinion adopted by the Supreme Court May 15, 1935.

Rehearing overruled June 19, 1935.